# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MAUREEN DONADIO, PATRICK DONADIO,** and **CORNERSTONE RECOVERY CENTER, INC.,**
Appellants,

v.

**PAUL PELLINGER, ARTHUR MAROONEY,** and **LINDSAY STOUGHTON,**
Appellees.

No. 4D2023-1336

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 13-003489.

Melissa A. Chluski of Chluski Law, Boca Raton, and Nemia L. Schulte of Nemia L. Schulte, P.A., Pompano Beach, for appellants.

David J. Gillis of The Law Offices of David J. Gillis, Fort Lauderdale, and Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, for appellee Paul Pellinger.

No appearance on behalf of appellee Arthur Marooney.

No appearance on behalf of appellee Lindsay Stoughton.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***